UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Doc # 2

Clerance Livingston

N.Y.S. ID 18_R-2570

Write the full name of each plaintiff.

No. _____
(To be filled out by Clerk's Office)

-against-

Detective-John Doe, and

New York County District Attorney

Office, and Manhattan Criminal
Supreme Court; City of New York.

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

COMPLAINT **20 CV 2009**
(Prisoner)

Do you want a jury trial?
☒ Yes    ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -4 AM 9:13

## I.   LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☒  Violation of my federal constitutional rights

☐  Other: _____

## II.   PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Clarence     Eugene     Livingston
_____
First Name              Middle Initial            Last Name


_____

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N.Y.S.  I.D.  18-R-2570
_____
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Groveland  Correctional  Facility
_____
Current Place of Detention

P.O.  Box 50,  7000  Sonyea  Road
_____
Institutional Address

Livingston            New York            14556
_____
County, City                State                Zip Code

## III.   PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐  Pretrial detainee

☐  Civilly committed detainee

☐  Immigration detainee

☒  Convicted and sentenced prisoner

☐  Other: _____

Page 2

## IV.   DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:

John _____ Doe _____ unknown _____
First Name            Last Name                  Shield #

Detective – Transit Authority _____
Current Job Title (or other identifying information)

59th street Columbus Circle _____
Current Work Address

New York          New York          10013
County, City                State              Zip Code

Defendant 2:

Manhattan District Attorney _____
First Name            Last Name                  Shield #

District Attorney _____
Current Job Title (or other identifying information)

_____
Current Work Address

Manhattan Criminal Supreme Court _____
County, City                State              Zip Code

Defendant 3:

Supreme Court of State of New York
First Name            Last Name                  Shield #

New York County _____
Current Job Title (or other identifying information)

100 Centre Street _____
Current Work Address

New York          New York          10013
County, City                State              Zip Code

Defendant 4:

_____
First Name            Last Name                  Shield #

_____
Current Job Title (or other identifying information)

_____
Current Work Address

_____
County, City                State              Zip Code

Page 3

V.    STATEMENT OF CLAIM

Place(s) of occurrence: 14th Street and 8th Avenue Manhattan

Date(s) of occurrence: May 18, 2016 arrest, April 13, 2018 dismissed

FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary.

On May 18, 2016 I was approached by a unknown detective while traveling by train and arrested without a warrant at the 14th Street and Union Square departure from the train.

This unknown Detective then took me to the 14th street Precinct and charged me with criminal possession of Stolen property 4th degree.

The Manhattan County District Attorney then put the matter before the Grand Jury which, issued indictment No. 02727-2016. After numerous delays and County Court appearances before the Manhattan Criminal Supreme Court the matter was dismissed for lack of sufficient facts from the arresting Detective and the records sealed pursuant to CPL 160.50 on April 4, 2018.

The twenty-three (23) months of incarceration which, was based upon indictment No. 02727-2016 **see Exhibit A attached hereto,** was refused to be credited towards the present conviction and sentence under indictment No. 02264-2018 **see Exhibit B attached hereto.**

Manhattan Supreme Court's failure to credit the above mentioned twenty-three (23) months to the present sentence (continued on next page)

amounts to a violation of the Eight Amendment (cruel and
unusual punishment) and the fourteenth Amendment (Due
Process Of Law) pursuant to 28 USCA 1331 and Federal Tort
Claim Act 28 USCA 1346(b); 2671.

     The Claimant contends he was subjected to false arrest;
malicious prosecution; unlawful imprisonment; and infliction
of emotional stress due to the District Attorney's Office
negligence and recklessness. Had this aforementioned twenty-
three (23) month been credited towards the present sentence,

**INJURIES:**    Claimant would not still be incarcerated.

If you were injured as a result of these actions, describe your injuries and what medical treatment,
if any, you required and received.

I was unlawfully arrested, detained and incarcerated
on Rikers Island for twenty-three (23) months of my
life. Subjected to pain and suffering, mental anguish,
loss of family ties, and employment to support my
childern.

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I am requesting an estimated compensation in the amount
of three-million (3,000,000.00) dollars.

Page 5

## VII.   PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

2-25-2020
_____
Dated

Clarence Livingston
_____
Plaintiff's Signature

Clarence          Eugene     Livingston
_____
First Name          Middle Initial          Last Name

Groveland Correctional Facility   P.O. Box 50
_____
Prison Address

Livingston          New York          14556
_____
County, City          State          Zip Code

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

# EXHIBIT A

## EXHIBIT A

SUPREME COURT OF THE STATE OF NEW YORK     FEE:$10.00
NEW YORK COUNTY
100 CENTRE STREET
NEW YORK, NY 10013

## CERTIFICATE OF DISPOSITION DISMISSAL

DATE: 07/11/2018                    CERTIFICATE OF DISPOSITION NUMBER: 62851

PEOPLE OF THE STATE OF NEW YORK     CASE NUMBER:               02727-2016
                VS.                 LOWER COURT NUMBER(S):    2016NY031463
                                    DATE OF ARREST:            05/18/2016
                                    ARREST #:                  M16635708
                                    DATE OF BIRTH:             10/17/1961
LINSTON,CLARENCE                    DATE FILED:                07/01/2016
LIVINGSTON, CLARENCE (AKA)

—————————————————————————
            DEFENDANT

I HEREBY CERTIFY THAT IT APPEARS FROM AN EXAMINATION OF THE RECORDS
ON FILE IN THIS OFFICE THAT ON 04/13/2018 THE ABOVE ACTION WAS
DISMISSED AND ALL PENDING CRIMINAL CHARGES RELATED TO
THIS ACTION WERE ALSO DISMISSED BY THE HONORABLE  SCHERZER,A   THEN
A JUDGE OF THIS COURT.

THE DEFENDANT WAS DISCHARGED FROM THE JURISDICTION OF THE COURT.

THE ABOVE MENTIONED DISMISSAL IS A TERMINATION OF THE CRIMINAL
ACTION IN FAVOR OF THE ACCUSED AND PURSUANT TO SECTION 160.60 OF
THE CRIMINAL PROCEDURE LAW "THE ARREST AND PROSECUTION SHALL BE
DEEMED A NULLITY AND THE ACCUSED SHALL BE RESTORED, IN
CONTEMPLATION OF LAW, TO THE STATUS OCCUPIED BEFORE THE ARREST
AND PROSECUTION".

PURSUANT TO SECTION 160.50 (1C) OF THE CRIMINAL PROCEDURE LAW, ALL
OFFICIAL RECORDS AND PAPERS RELATING TO THIS CASE ARE SEALED.

IN WITNESS WHEREOF,I HAVE HEREUNTO SET MY HAND AND AFFIXED MY
OFFICIAL SEAL ON THIS DATE 07/11/2018.

                                      _____
                                              COURT CLERK

# EXHIBIT  B

EXHIBIT B

UNIFORM SENTENCE & COMMITMENT

UCS-854(8/2011)

**STATE OF NEW YORK**
**SUPREME   COURT,   COUNTY OF NEW YORK**
**PRESENT: HON** WARD,L

| | |
|---|---|
| Court Part: | 71 |
| Court Reporter: | MAGNICCARI |
| Superior Ct. Case #: | 02264-2018 |

‖‖‖‖‖‖‖‖‖‖‖‖‖

| The People of the State of New York | | | | Accusatory Instrument Charge(s) | | Count # | Law/Section & Subdivision |
|---|---|---|---|---|---|---|---|
| -vs- | | 15R2570 | | 1 GLAR4 | | 2 | PL 155.30(05) |
| CLARENCE LIVINGSTON | | 2 of 3 | | 2 ASLT2 | | 1 | PL 120.05(03) |
| Defendant | | | | 3 GLAR4 | | 5 | PL 155.30(04) |
| | | | | 4 GLAR4 | | 3 | PL 155.30(04) |

| Male | 10/15/1961 | 04201590M | 68640298N | | Date(s) of Offense: 05/25/2018 | To |
|---|---|---|---|---|---|---|
| Sex | DOB | NYSID #: | Criminal Justice Tracking # | | | |

THE ABOVE NAMED DEFENDANT HAVING BEEN CONVICTED BY   [ ✓ PLEA *OR* ☐ VERDICT ] , THE MOST SERIOUS
OFFENSE BEING A   [ ✓ FELONY   *OR*   ☐ MISDEMEANOR *OR* ☐ VIOLATION ] , IS HEREBY SENTENCED TO:

| Crime | Count # | Law/Section & Subdivision | SMF,Hate or Terror | Minimum Period | Maximum Term | Definite / Determinate ** | Post-Release Supervision | CJTN |
|---|---|---|---|---|---|---|---|---|
| 1 GLAR4 | 2 | PL 155.30(05) | | 2 Y | 4 Y | | | |
| 2 ASLT2 | 1 | PL 120.05(03) | | | | 3 Y (Det) | 5 Y | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |

**\* \* NOTE: For each DETERMINATE SENTENCE imposed, a corresponding period of POST-RELEASE SUPERVISION MUST be indicated [PL § 70.45].**

| | | |
|---|---|---|
| ✓ | Counts 1&2 | shall run CONCURRENTLY with each other   ☐ Count(s) _____ shall run CONSECUTIVELY to count(s) _____ |
| ✓ | Sentence imposed herein shall run CONCURRENTLY with 03549-2017 | and/or CONSECUTIVELY to _____ |
| ☐ | Sentence imposed herein shall include a CONSECUTIVE _____ term of [ ☐ **PROBATION** *OR* ☐ **CONDITIONAL DISCHARGE**  ] , | |

with an Ignition Interlock Device condition, that shall commence upon the defendant's release from imprisonment [PL § 60.21]

| ☐ Conviction includes:   **WEAPON TYPE:** _____ | and/or **DRUG TYPE:** _____ |
|---|---|
| ☐ Charged as a   **JUVENILE OFFENDER**- age at time crime committed: _____ years | ☐ Court certified the Defendant a   **SEX OFFENDER [Cor. L § 168-d]** |
| ☐ Adjudicated a **YOUTHFUL OFFENDER [CPL § 720.20]** | ☐ CASAT ordered [PL § 60.04(6)] |
| ☐ Execute as a sentence of **PAROLE SUPERVISION [CPL § 410.91]** | ☐ SHOCK INCARCERATION ordered [PL § 60.04(7)] |
| ☐ Re-sentenced as a **PROBATION VIOLATOR [CPL § 410.70]** | |

✓ As a: [ ✓ Second  ☐ Second Violent  ☐ Second Drug  ☐ Second Drug w/prior VFO  ☐ Predicate Sex Offender   **FELONY**
☐ Predicate Sex Offender w/prior VFO  ☐ Second Child Sexual Assault  ☐ Persistent  ☐ Persistent Violent   **OFFENDER**

**Paid  Not Paid  Deferred** (If deferred, court must file written order [CPL §420.40(5)])     **Paid  Not Paid  Deferred** (If deferred, court must file written order [CPL §420.40(5)])

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| ☐ | ✓ | ☐ | Mandatory Surcharge | $300.00 | ☐ | ✓ | Crime Victim Assistance Fee | $25.00 |
| ☐ | ☐ | ☐ | Fine | $_____ | ☐ | ☐ | Restitution | $_____ |
| ☐ | ✓ | ☐ | DNA Fee | $50.00 | ☐ | ☐ | Sex Offender Registration Fee | $_____ |
| ☐ | ☐ | ☐ | DWI/Other | $_____ | ☐ | ☐ | Supplemental Sex Off. Victim Fee | $_____ |

**THE SAID DEFENDANT BE AND HEREBY IS COMMITTED TO THE CUSTODY OF THE:**

✓ NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older not presently in the custody of the
NYSDOCS,  (New York City Department of Corrections) is directed to deliver the defendant to the custody of NYSDOCS as provided in 7 NYCRR Part 103.

☐ NYS Department of Correctional Services (NYDOCS) until released in accordance with the law, and being a person sixteen (16) years or older presently in the custody of
NYSDOCS,  defendant shall remain in the custody of the NYSDOCS.

☐ NYS Office of Children and Family Services in accordance with the law, being a person less than sixteen (16) years of age at the time the crime was committed.

☐ _____ County Jail/Correctional Facility

| | |
|---|---|
| | Commitment, Order of Protection & Pre-Sentence Report received by Correctional Authority as indicated: |

**TO BE HELD UNTIL THE JUDGMENT OF THIS COURT IS SATISFIED.**
**REMARKS:**
EXECUTION OF SENTENCE STAYED UNTIL OCTOBER 1, 2018. JUDGMENT ENTERED FOR FEES

Official Name _____

Shield No. _____

| Pre-Sentence Investigation Report  Attached: | ✓ Yes  ☐ No | | |
|---|---|---|---|
| Order of Protection  Issued: | ☐ Yes  ✓ No | ☐ **Amended Commitment:**  Original Sentence Date: _____ | |
| Order of Protection  Attached: | ☐ Yes  ✓ No | | |

| 09/04/2018 | MILTON TINGLING | by: | | ASSOCIATE COURT CLERK |
|---|---|---|---|---|
| Date | Clerk of the Court | | Signature | Title |



GROVELAND CORRECTIONAL FACILITY
P.O. BOX 50
SONYEA, NEW YORK 14556-0050

NAME: Clarence J Livingston DIN: 18-R-2570    DORM: K-3-15

"Legal Mail"

FIRST-CLASS MAIL
neopost
02/26/2020
$000.65²
ZIP 14556
041L11258830

GROVELAND CORRECTIONAL FACILITY

Office of Pro-se Litigation
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

RECEIVED
SDNY PRO SE OFFICE
2020 MAR -4

USDNY MP3
USDNY
SDNY

LEGAL MAIL