UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARENCE LIVINGSTON,

                Plaintiff,

against

DETECTIVE JOHN DOE., <u>et al</u>.,

                Defendants.

CIVIL ACTION NO.: 20 Civ. 2009 (LTS) (SLC)

**ORDER GRANTING EXTENSION OF TIME**

**SARAH L. CAVE,** United States Magistrate Judge:

Defendants' request for a stay in this matter is GRANTED IN PART AND DENIED IN PART.

For the reasons stated in the Letter-Motion at ECF No. 12, all deadlines are extended by **60 days**.

The Clerk of Court is respectfully directed to close the Letter-Motion at ECF No. 12.

Dated:      New York, New York
              April 30, 2020

                                              SO ORDERED

                                              _____
                                              SARAH L. CAVE
                                              **United States Magistrate Judge**

Copies Mailed by Chambers To:      Clarence Livingston
                                                DIN No. 18R2570
                                              Groveland Correctional Facility
                                              P.O. Box 50
                                              Sonyea, NY 14556-0050