UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
                                                                :
CLARENCE LIVINGSTON,                                            :
                                                                :
                              Plaintiff,                        :
                                                                :        20-CV-2009 (JPC) (SLC)
              -v-                                               :
                                                                :        NOTICE OF
CITY OF NEW YORK et al.,                                        :        REASSIGNMENT
                                                                :
                              Defendants.                       :
                                                                :
----------------------------------------------------------------X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/19/2020
```

JOHN P. CRONAN, United States District Judge:

This case has been reassigned to the undersigned. **All parties must familiarize themselves with the Court's Individual Rules, including the Court's Individual Rules and Practices for** *Pro Se* **Litigants (that is, litigants without counsel), which are available at https://www.nysd.uscourts.gov/hon-john-p-cronan.** Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment. Any conference or oral argument before the Magistrate Judge will proceed as ordered.

The Clerk of the Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated: October 19, 2020
       New York, New York                    _____
                                                    JOHN P. CRONAN
                                             United States District Judge