UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CLARENCE LIVINGSTON,

                      Plaintiff,

   -v-

CITY OF NEW YORK et al.,

                      Defendants.

CIVIL ACTION NO.: 20 Civ. 2009 (JPC) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge:

Pro se Plaintiff Clarence Livingston's complaint in this action was filed on March 4, 2020. (ECF No. 2). The complaint named as defendants a John Doe Detective, the New York County District Attorney and the Manhattan Criminal Supreme Court. (ECF No. 2 at 1, 3). On March 25, 2020, in the Order of Service, The Honorable Laura Taylor Swain in pertinent part dismissed claims against the New York County District Attorney's Office and the Manhattan Criminal Supreme Court and ordered, pursuant to Valentin v. Dinkins, 121 F.3d 72 (2d Cir. 1997), that the New York City Law Department identify the John Doe detective. (ECF No. 7).

Following several extensions of time (see ECF Nos. 13, 15, 17), the Law Department responded to the Valentin order. (ECF No. 19). On September 28, 2020, the Court directed Mr. Livingston to file an amended complaint by Friday, November 6, 2020 "naming the John Doe Defendants using the information provided [by defense counsel.]" (ECF No. 20).

Mr. Livingston has not yet filed an amended complaint. Mindful of Mr. Livingston's status as an unrepresented and incarcerated inmate, the Court EXTENDS his deadline to file the Amended Complaint naming the John Doe Defendants until **Friday, November 27, 2020.**

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Livingston at the address below.

Dated:   New York, New York
         November 12, 2020

SO ORDERED

_____
SARAH L. CAVE
**United States Magistrate Judge**

Mail To:        Clarence Livingston
                DIN No. 18R2570
                Groveland Correctional Facility
                P.O. Box 50
                Sonyea, NY 14556-0050