```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                        :
CLARENCE LIVINGSTON,                                                    :
                                                                        :
                        Plaintiff,                                      :
                                                                        :           20-CV-2009 (JPC)
        -v-                                                             :
                                                                        :           ORDER
DETECTIVE YEURIS MEJIA, SHIELD NO. 3936 et al.,                         :
                                                                        :
                        Defendants.                                     :
                                                                        :
-----------------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/3/2020

JOHN P. CRONAN, United States District Judge:

The Court is in receipt of Plaintiff's November 27, 2020 letter, in which Plaintiff informed the Court that certain legal documents pertaining to this case have been misplaced during a transfer at his correctional facility. (Dkt. 28). In light of that, the Clerk's Office is respectfully directed to mail a copy of the docket sheet and copies of the documents at Dkts. 23, 24, 25, 26, and 27 to Plaintiff by first class and/or certified mail. Plaintiff should advise the Court if he requests copies of any other filings reflected on the docket sheet.

SO ORDERED.

Dated:  December 3, 2020
        New York, New York

                                                        _____
                                                        JOHN P. CRONAN
                                                        United States District Judge