UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
:
CLARENCE LIVINGSTON, :
:
                    Plaintiff, :
:         20 Civ. 2009 (JPC)
    -v- :
:         ORDER
CITY OF NEW YORK et al., :
:
                    Defendants. :
:
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

    On February 22, 2021, the Court set a briefing schedule for Defendants' anticipated motion to dismiss. Dkt. 34. Pursuant to that Order, Defendants' motion to dismiss was due March 5, 2021, Plaintiff's opposition was due April 5, 2021, and Defendants' reply was due April 19, 2021.

    Defendants filed their Motion to Dismiss on March 5, 2021. Dkts. 35-37. The docket reflects that Defendants served their motion on Plaintiff on March 5, 2021. Dkt. 38.

    To date, Plaintiff has failed to file an opposition to Defendants' Motion to Dismiss. Given Plaintiff's *pro se* status, the Court will *sua sponte* extend the filing deadlines as follows: Plaintiff's opposition is due May 20, 2021, and Defendants' reply is due June 3, 2021. If Plaintiff does not file an opposition by May 20, 2021, the Court may deem the motion fully briefed and decide the motion without Plaintiff's response.

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

    SO ORDERED.

Dated: April 20, 2021
       New York, New York
                                             JOHN P. CRONAN
                                             United States District Judge