```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
CLARENCE LIVINGSTON,                                             :
                                                                 :
                            Plaintiff,                           :
                                                                 :    20 Civ. 2009 (JPC)
                -v-                                              :
                                                                 :            ORDER
DETECTIVE YEURIS MEJIA et al.,                                   :
                                                                 :
                            Defendants.                          :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

Plaintiff filed an amended complaint in this action on November 13, 2020. Dkt. 23. Defendant moved to dismiss on March 5, 2021, Dkt. 35, and the Honorable Sarah L. Cave ordered Plaintiff to oppose, if at all, by April 5, 2021, Dkt. 34. The Court subsequently extended Plaintiff's time to oppose to May 20, 2021, Dkt. 42, then to June 18, 2021, Dkt. 44, then to September 30, 2021, Dkt. 49. Plaintiff has not yet done so. On November 1, 2021, Defendants filed their third request for the Court to consider the motion fully briefed. Dkt. 51. Plaintiff is ordered to file his opposition, if any, by December 20, 2021, or the Court will consider the matter fully briefed and resolve it without further notice. The Clerk of Court is respectfully directed to mail this order to the *pro se* Plaintiff.

SO ORDERED.

Dated: November 29, 2021
       New York, New York
                                                     _____
                                                            JOHN P. CRONAN
                                                     United States District Judge