UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
:
CLARENCE LIVINGSTON, :
:
Plaintiff, :
: 20 Civ. 2009 (JPC)
-v- :
: ORDER
DETECTIVE YEURIS MEJIA *et al.*, :
:
Defendants. :
:
-----------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

On March 31, 2022, the Court issued an Opinion and Order granting Defendants' motion to dismiss. Dkt. 15. The Opinion and Order dismissed Plaintiff's section 1983 false arrest and false imprisonment claims with prejudice. *Id.* at 15. It also dismissed Plaintiff's section 1983 malicious prosecution and municipal liability claims, as well as his state law claims, without prejudice. *Id.* The Court ordered Plaintiff to file a letter by May 2, 2022 addressing whether he intended to file a second amended complaint, and warning Plaintiff that is he did not do so, the Court would close the case. *Id.* The Court has not received such a letter. As such, the Clerk of Court is respectfully directed to close this case and to mail this Order to the *pro se* Plaintiff.

SO ORDERED.

Dated: May 18, 2022   _____
New York, New York                JOHN P. CRONAN
                                  United States District Judge